

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2014

No. 04-14-00397-CV

**IN THE INTEREST OF S.D.A., S.A.A., D.S.A.**, Children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013EM506191
Honorable Eric Rodriguez, Judge Presiding

## O R D E R

Judgment was rendered on May 14, 2014, and appellant timely filed a notice of appeal. *See* TEX. R. APP. P. 26.1. The clerk's record and reporter's record were due on July 14, 2014. The clerk's record was filed on July 18, 2014. No reporter's record has been filed. In response to an inquiry by this court's clerk, the trial court coordinator stated that no court reporter was assigned to the case, the hearing was taken by audio recording, and appellant has not requested a copy of the audio recording.

Accordingly, it is ORDERED that *within fifteen (15) days* from the date of this order the appellant provide written proof to this court showing that a copy of the audio recording of the hearing has been requested from the trial court coordinator. If no copy of the hearing is requested within such timeframe, the appellant's brief will be due *thirty (30) days* after the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court